IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD LESTER, | No. 2:21-CV-0702-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge under Eastern District of California local rules.

On June 15, 2021, the Magistrate Judge filed findings and recommendations which were served on the parties and which contained notice that the parties may file objections within the time specified therein. ECF No. 11. The Magistrate Judge recommended dismissing Plaintiff's complaint with prejudice because deficiencies identified in the complaint could not be cured with amendment. Id. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11) filed June 15, 2021, are adopted in full;

2. This action is dismissed with prejudice because the deficiencies in the complaint cannot be cured;

3. Plaintiff's motion for leave to file an abstract of judgment reflecting his criminal conviction (ECF No. 6) is **DENIED** as moot because this action is dismissed with prejudice; and

4. The Clerk of the Court is directed to enter judgment and close this file.

Dated: July 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE